Ian J. Barlow, State Bar No. 262213
**KERSHAW TALLEY BARLOW PC**
401 Watt Avenue, Ste 1
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
Email: ian@ktblegal.com

*(Additional Counsel on Signature Page)*

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA KEELING on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WK KELLOGG CO,<br><br>Defendant. | Case No. 1:26-cv-08054-JLT-FJS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>(E.D. Cal. L.R. 143) |

///
///
///
///
///
///
///
///
///

Plaintiff Cynthia Keeling ("Plaintiff") and Defendant WK Kellogg Co ("Defendant" or "Kellogg") (together, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on August 27, 2026, plaintiff Tajmiguel Valadez filed a putative class action against Kellogg in the United States District Court for the Northern District of California, *Valadez v. WK Kellogg Co*, No. 5:26-cv-09060-BLF (N.D. Cal.) (the "*Valadez* Action"), which is assigned to the Honorable Beth Labson Freeman in the San Jose Division;

WHEREAS, on September 30, 2026, Plaintiff filed this action, ECF No. 1;

WHEREAS, both actions challenge the "ZERO ADDED SUGAR" and "0g ADDED SUGAR" representations on the same Kellogg products, Special K Plus High Protein Zero Added Sugar Cereal, Strawberry Crème, and Special K Zero Cinnamon Breakfast Cereal; both allege that these products contain added allulose, which is a sugar under the applicable federal and California labeling standards; both assert claims under California's Unfair Competition Law, False Advertising Law, and Consumers Legal Remedies Act on behalf of a California subclass of purchasers; and both seek to certify a nationwide class;

WHEREAS, on November 13, 2026, the parties to the *Valadez* Action filed a Joint Stipulation Regarding Consolidated Complaint and Response Deadline, in which Kellogg agreed that the consolidated *Valadez* Action is the appropriate forum and that it will not oppose transfer or consolidation of this action into the *Valadez* Action (*Valadez*, ECF No. 14, p. 1-2);

WHEREAS, counsel for the Parties have met and conferred and agree that transferring this action to the Northern District of California, where it may be related to and consolidated with the earlier-filed *Valadez* Action, will avoid duplicative proceedings and the risk of inconsistent rulings, conserve the resources of the Parties and the courts, and serve the convenience of the parties and witnesses and the interest of justice;

WHEREAS, 28 U.S.C. § 1404(a) permits a district court, for the convenience of the parties and witnesses, and in the interest of justice, to transfer a case to another district where the case might have been brought or to any district or division to which all parties have consented;

WHEREAS, in the instant action, Kellogg has not yet answered or otherwise responded to the Complaint, no scheduling order has been entered, and no discovery has been taken; and

WHEREAS, this Stipulation is not made for any improper purpose or to delay, but to promote efficiency and preserve the resources of the Parties and the courts.

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, to the transfer of this action to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. § 1404(a), and request that the Court enter the accompanying [Proposed] Order.

IT IS SO STIPULATED.

Dated: November 17, 2026

KERSHAW TALLEY BARLOW PC

By: */s/ Ian J. Barlow*
Ian J. Barlow (SBN 262213)
401 Watt Avenue, Ste 1
Sacramento, CA 95864
(916) 779-7000
ian@ktblegal.com

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
Beena M. McDonald (SBN 365776)
Steven A. Schwartz*
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bmm@chimicles.com
sas@chimicles.com

CAREY & DANIS LLC
James J. Rosemergy*
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 725-7700
jrosemergy@careydanis.com

*Attorneys for Plaintiff and the Putative Class*

* Pro hac vice forthcoming

Dated: November 17, 2026

JENNER & BLOCK LLP

By: */s/ Alexander M. Smith*
Alexander M. Smith
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
(213) 239-2262
asmith@jenner.com

*Counsel for Defendant WK Kellogg Co*

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Ian J. Barlow*
Ian J. Barlow

**[~~PROPOSED~~] ORDER**

The Court has considered the Parties' Joint Stipulation to Transfer this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a). All parties consent to transfer. The Court finds that transfer serves the convenience of the parties and witnesses and the interest of justice, given the pendency of the earlier-filed and substantially similar action *Valadez v. WK Kellogg Co*, No. 5:26-cv-09060-BLF (N.D. Cal.).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is TRANSFERRED to the United States District Court for the Northern District of California, San Jose Division.
2. Defendant's deadline to respond to the Complaint in this Court is VACATED. Defendant's response deadline will be governed by the orders of the transferee court.
3. The Clerk of the Court is directed to transfer this action forthwith and to close this case.

IT IS SO ORDERED.

Dated: _November 17, 2026_

UNITED STATES DISTRICT JUDGE